**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br>DUBINSKY, BORIS<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-55574 ABG<br><br>JUDGE A. Benjamin Goldgar |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT sitting at the **Park City Branch Court** located at **301 Greenleaf Ave, Park City, Illinois, 60085** in **Courtroom B** or any other Court Room which may be assigned before the Honorable A. Benjamin Goldgar
   on: **April 3, 2009**
   at: **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $         21,047.96

   b. Disbursements                         $          6,371.14

   c. Net Cash Available for Distribution   $         14,676.82

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ILENE F. GOLDSTEIN<br>(Trustee Fees) | 0.00 | $2,854.80 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Fees) | 6,216.00 | $4269.50 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Expenses) | 130.10 | | $77.80 |
| Jodi E. Gimbel,P.C.<br>(Trustee's Accountant Fees) | 0.00 | $910.00 | |
| Jodi E. Gimbel,P.C.<br>(Trustee's Accountant Expenses) | 0.00 | | $76.60 |

allowed by the Court in the amount of $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $132,300.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 4.90%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | DiscoverBank/DiscoverFinancialServices | $ 13,838.06 | $ 678.64 |
| 3 | Chase Bank USA, N.A. | $ 7,687.14 | $ 376.98 |
| 4 | Chase Bank USA, N.A. | $ 13,322.00 | $ 653.32 |
| 5 | Chase Bank USA, N.A. | $ 11,116.27 | $ 545.15 |
| 6 | Chase Bank USA, N.A. | $ 24,578.17 | $ 1,205.33 |
| 7 | Chase Bank USA, N.A. | $ 29,813.10 | $ 1,462.06 |
| 8 | Citibank/ CHOICE | $ 6,583.29 | $ 322.85 |
| 9 | Citibank/ CHOICE | $ 7,110.49 | $ 348.70 |
| 10 | Citibank/ CHOICE | $ 18,251.94 | $ 895.09 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.
8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.
9. Debtor has been discharged.
10. The Trustee proposed to abandon the following property at the hearing: NONE

Dated: **February 27, 2009**            For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee: ILENE F. GOLDSTEIN
Address: Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave.
Suite 200
Highland Park, Illinois 60035
Telephone # (847) 926-95

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Feb 27, 2009
Case: 05-55574                 Form ID: pdf002              Total Served: 23

The following entities were served by first class mail on Mar 01, 2009.
db           +Boris Dubinsky,    1864 N. Olympic Drive,    Vernon Hills, IL 60061-4547
10258229     +ABN AMRO Mortgage,    2600 W. Big Beaver M0904470,    Troy, MI 48084-3323
10258230     +Alexandra Vakhruschev and Sara Gutnik,    4020 Greenleaf,    Skokie, IL 60076-2130
10258231      Bankcard Services / MBNA,    PO Box 15137,    Wilmington, DE 19886-5137
10258232      Capital One Bank,    PO Box 30285,    SLC, UT 84130-0285
10258233      Card Member Service / JP Morgan Chase,    PO Box 15298,    Wilmington, DE 19850-5298
10258237      Card Member Services,    PO Box 15298,    Wilmington, DE 19850-5298
10781270     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10258234      Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
10258236      Chase Card Services / JP Morgan Chase,    PO Box 15298,    Wilmington, DE 19850-5298
10258238      Citi Cards,    PO Box 44167,    Jacksonville, FL 32231-4167
10258239     +Citi Cards,    PO Box 6000,    The Lakes, NV 89163-0001
10877096      Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV 88901-6305
10258240     +Cook County Treasurer,    118 N. Clark Street,    Room 112,    Chicago, IL 60602-1590
10258242     +Eugene Bereceanko,    4020 Greenleaf,    Skokie, IL 60076-2130
10258243     +MBNA America Bank NA,    Mailstop DE5-014-02-03,    PO Box 15168,    Wilmington, DE 19850-5168
10258244     +Millennium Center Condo Association,    c/o Management Office,    33 W. Ontario St.,
               Chicago, IL 60654-7760
10258245     +Northbrook Greens Homeowners Association,    c/o Advantage Management,    1150 S. Clinton Street,
               Chicago, IL 60607-4434
10258246     +Sara Gutnik,    4020 Greenleaf,    Skokie, IL 60076-2130
10258247     +Sean and Julie Miller,    33 W. Ontario #29A,    Chicago, IL 60654-7767
10258248    ++WORLD SAVINGS BANK FSB,    ATTN BANKRUPTCY DEPARTMENT,    4101 WISEMAN BLVD,
               SAN ANTONIO TX 78251-4201
              (address filed with court: World Savings,    PO Box 659558,    San Antonio, TX 78265-9558)

The following entities were served by electronic transmission on Feb 28, 2009.
10258241      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 28 2009 02:09:37     Discover Card,    PO Box 30395,
               Salt Lake City, UT 84130-0395
10766838      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 28 2009 02:09:37
               DiscoverBank/DiscoverFinancialServices,    P. O. Box 8003,    Hilliard, OH 43026
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10258235*     Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2009**              **Signature:**    *Joseph Speetjens*